**James Scott JOHNSON et al., Appellants,**

v.

**L. A. SCOTT et al., Appellees.**

Court of Appeals of Kentucky.

May 12, 1961.

Rehearing Denied Sept. 29, 1961.

J. Milton Luker, Charles R. Luker, Jr., London, for appellants

William J. Weaver, London, for appellees.

WADDILL, Commissioner.

This case involves the question of whether certain child visitation privileges granted in the judgment are in the best interest of the infant child's welfare. Under the peculiar circumstances disclosed by the record we are unwilling to say that the chancellor's findings are clearly erroneous. CR 52.01.

Judgment affirmed.